**No. 55439.**—Kopf Manufacturing, Inc., et al. v. United States, protests 155233–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of parts of saddles, valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiffs was sustained.

**No. 55440.**—Frank P. Dow Co., Inc. v. United States, protests 151557–K and 154913–K (Portland, Oreg.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 5, 1951

**No. 55441.**—Tropical Hobbyland v. United States, protest 168748–K (Tampa).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 55442.**—Capitol Wine & Spirit Corp. et al. v. United States, protests 123879–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

APRIL 6, 1951

**No. 55443.**—SUIT 4661.—United States v. Ralph Boone.—

C. A. D. 445.